# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DANIEL JOYLES

VERSUS

MITCHELL LIFT BOATS, L.L.C.
AND GULF OFFSHORE LOGISTICS,
L.L.C.

NO.  2021 CW 0558

**JULY 06, 2021**

---

In Re:   Mitchell Liftboats, LLC and Gulf Offshore Logistics,
         LLC, applying for supervisory writs, 32nd Judicial
         District Court, Parish of Terrebonne, No. 188983.

---

**BEFORE:   CHUTZ, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

> **WRC**
> **AHP**
> **WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT